```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Civil No. 18-3499(DSD/SER)
```

Ebonie Richardson,

        Plaintiff,

v.  **ORDER**

Chuck Gerlach,

        Defendant.


This matter is before the court upon the report and recommendation of Magistrate Judge David T. Schultz, dated March 28, 2019 (R&R). The magistrate judge recommended that the court dismiss pro se plaintiff Ebonie Richardson's complaint for failure to prosecute. See Fed. R. Civ. P. 41(b). No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 8] is adopted in its entirety; and

2. This action is dismissed [ECF No. 1] without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 16, 2019

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court